No. 85–5915. WRIGHT ET AL. *v.* CITY OF ROANOKE REDEVELOPMENT AND HOUSING AUTHORITY. C. A. 4th Cir. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–513. KENDALL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–526. LOVE ET AL. *v.* UNITED STATES; and

No. 85–576. LEE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 767 F. 2d 1052.

No. 85–549. CALIFORNIA *v.* CALLAHAN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–573. PUBLIC SERVICE COMPANY OF COLORADO *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–598. GRUMMAN OHIO CORP. ET AL. *v.* CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 85–614. TAYLOR *v.* LOCAL 980, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURE IMPLEMENT WORKERS OF AMERICA. C. A. 3d Cir. Certiorari denied.

No. 85–625. NORTHERN CALIFORNIA RETAIL CLERKS UNION & FOOD EMPLOYERS JOINT PENSION TRUST FUND *v.* AWARD SERVICE, INC. C. A. 9th Cir. Certiorari denied.

No. 85–654. HURVITZ *v.* DIVISION OF MEDICAL QUALITY, BOARD OF MEDICAL QUALITY ASSURANCE, DEPARTMENT OF CONSUMER AFFAIRS OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85–666. ALLBRITTON COMMUNICATIONS CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–668. WHEELER ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.